# United States District Court
## Southern District of Georgia

RODERICK BO JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 319-049

DONOVAN HAMILTON, Warden; PATRICIA CLARK, Health Case Service Administrator; and LISA KING, Case Manager/Counselor,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 24, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's request to proceed in forma pauperis is denied and this case is dismissed without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit. This case stands closed.

| 07/24/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk